# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 3, 2023

## NO. 03-23-00040-CR

**Daverne Foy, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY**

This is an appeal from the order granting a continuance entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.